NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD J. SIMPKINS,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3201

---

Appeal from the Merit Systems Protection Board in case no. DC844E110968-I-1.

---

**ON MOTION**

---

**O R D E R**

Edward J. Simpkins moves for leave to supplement the record on appeal. The Office of Personnel Management opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to supplement the record is deferred for consideration by the merits panel assigned to

2                                              EDWARD SIMPKINS v. OPM

hear this case.  A copy of the motion and Simpkins's submission shall be transmitted to the merits panel.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25